ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARTERESTA LYON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NEWMONT USA LIMITED, d/b/a and a/k/a NEWMONT MINING also d/b/a and a/k/a NEWMONT MINING CORPORATION; EMPLOYEE(S)/AGENT(S) DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | **Case No.:**  3:21-cv-00501-LRH-WGC<br><br><br>**STIPULATION AND ORDER FOR SUBSTITUTION** |

  Nevada Gold Mines LLC ("NGM") as the real party in interest for Defendant NEWMONT USA LIMITED ("Newmont"), and Plaintiff Larteresta Lyon ("Plaintiff"), by and through their respective undersigned counsel, hereby agree and stipulate as follows:

  Nevada Gold Mines LLC was formed as the result of a joint venture between Newmont and Barrick Gold of North America ("Barrick") in March 2019.  Since that time NGM has assumed the liabilities from Newmont that may potentially arise out of this case.  Accordingly, NGM is the real party in interest and the proper named Defendant in this case.

  The Parties further stipulate and agree that NGM will not later contend that Newmont was

1  in fact the proper Defendant in this case.

2  The Parties further stipulate and agree that NGM will not raise any argument as to
3  Plaintiff's failure to exhaust administrative remedies or statute of limitations defenses that would
4  not have been equally applicable to Newmont.

5  NGM certifies that it does not believe there is any applicable insurance coverage for this
6  claim.

7  Pursuant to NRCP 41(a) Newmont USA Limited shall be replaced by Nevada Gold Mines
8  LLC as the proper named Defendant in this case.  This Stipulation shall function as a voluntary
9  dismissal without prejudice of Newmont from this action.

DATED this 20th day of December, 2021.        DATED this 20th day of December, 2021.

GABROY LAW OFFICES                              SIMONS HALL JOHNSTON PC


/s/ Kaine Messer                                /s/ Anthony Hall

Christian Gabroy, Esq.                          Anthony L. Hall
Nevada Bar No. 8805                             Nevada Bar No. 5977
Kaine Messer                                    Jonathan A. McGuire
Nevada Bar No. 14240                            Nevada Bar No. 15280
170 South Green Valley Parkway                  690 Sierra Rose Drive
Suite 280                                       Reno, NV  89511
Henderson, Nevada 89012                         *Attorneys for Defendant*
*Attorneys for Plaintiff*


**IT IS SO ORDERED**: Nevada Gold Mines shall be added as a party Defendant in the caption.

Dated: __December 20_____, 202_1_.

_____
UNITED STATES MAGISTRATE JUDGE