ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARTERESTA LYON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NEWMONT USA LIMITED, d/b/a and a/k/a NEWMONT MINING also d/b/a and a/k/a NEWMONT MINING CORPORATION; EMPLOYEE(S)/AGENT(S) DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00501-LRH-CSD<br><br>**STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION**<br><br>**(First Request)** |

      Nevada Gold Mines LLC ("NGM") as the real party in interest for Defendant NEWMONT USA LIMITED ("Newmont"), and Plaintiff Larteresta Lyon ("Plaintiff"), by and through their respective undersigned counsel, hereby stipulate and agree to continue the date for the Early Neutral Evaluation thirty (30) days following the filing of this stipulation, to **after** Friday, March 25, 2022.

      Defendant has requested such continuance, and Plaintiff has no objection to Defendant's request.

      Written evaluation statements shall be submitted no later than seven (7) days prior to the

Page 1 of 2

scheduled Early Neutral Evaluation, in the form and manner set forth in this Court's Order dated January 27, 2022 (ECF No. 17).

DATED this 23rd day of February, 2022.    DATED this 23rd day of February, 2022.

GABROY LAW OFFICES    SIMONS HALL JOHNSTON PC

/s/ Kaine Messer    /s/ Jonathan A. McGuire

Christian Gabroy, Esq.  
Nevada Bar No. 8805  
Kaine Messer  
Nevada Bar No. 14240  
170 South Green Valley Parkway  
Suite 280  
Henderson, Nevada 89012  
*Attorneys for Plaintiff*

Anthony L. Hall  
Nevada Bar No. 5977  
Jonathan A. McGuire  
Nevada Bar No. 15280  
690 Sierra Rose Drive  
Reno, NV 89511  
*Attorneys for Defendant*

**IT IS SO ORDERED:**

Dated: __February 24__, 2022.

_____
UNITED STATES MAGISTRATE JUDGE