# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARTERESTA LYON, an individual;<br><br>    Plaintiff,<br>vs.<br><br>NEVADA GOLD MINES LLC; EMPLOYEE(S)/AGENT(S) DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>    Defendants. | Case No: 3:21-cv-00501-LRH-CSD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

### ORDER
### FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Larteresta Lyon, through her attorneys of record, and Defendant Nevada Gold Mines LLC, through its attorneys of record, that this action shall be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

IT IS FURTHER STIPULATED AND AGREED that no party will be considered a prevailing party in relation to this matter.

///

IT IS FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction over this matter should any party need to seek enforcement of any settlement agreement.

Respectfully submitted by:

GABROY | MESSER

By: */s/ Christian Gabroy*
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 S. Green Valley Pkwy
Suite 280
Henderson, Nevada 89012
(702) 259-7777
*Attorneys for Plaintiff*

SIMONS HALL JOHNSTON PC

By: */s/ Jonathan McGuire*
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
690 Sierra Rose Drive
Reno, NV 89511
ahall@shjnevada.com
jmcguire@shjnevada.com
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: JUNE 13, 2022.